**Exhibit A to the Complaint**

**Location:** Fort Myers, FL  
**Total Works Infringed:** 26  

**IP Address:** 73.23.196.255  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | BAE3C3E4B63214B758527E673A732FC2983C66E8 | Tushy | 01/03/2019 20:19:31 | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 2 | 01E2D63737795C42DECBE70A01357A537DE58F3F | Blacked Raw | 11/07/2018 03:31:38 | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 3 | 0B0A1D1F0BE390E4F1E6C030C8BAF8A892BBED98 | Blacked Raw | 07/17/2018 02:05:19 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 4 | 16555D0B42BC0D3EC0E225C35FE3B0B4BF58F4BE | Blacked | 06/13/2018 18:52:19 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 5 | 17A039967BC1290AD019CD7A5A0586394301A47C | Blacked | 08/25/2018 14:31:07 | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 6 | 2A5DD23DAB388B1F6BCEC9890840B719A3A7959B | Tushy | 09/01/2018 01:34:08 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 7 | 2B4BBFA07BAFE8F50C4D8D94343FFA603A2A0631 | Blacked Raw | 08/30/2018 23:57:21 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 8 | 2F5E158A57A0B5570FC654BB1B7E78D22478AA30 | Vixen | 06/19/2018 00:47:40 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 9 | 37C71CA96A9A5DDC57C05C6C84B27B7CA7CC8C97 | Blacked | 08/23/2018 11:52:37 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 10 | 411399E12D72B77BF41A222B127412F63BE35AB8 | Blacked | 06/25/2018 01:24:19 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 11 | 455E85AE02C6CE801980B5DA38F8FD404B008BEE | Vixen | 03/24/2018 16:15:10 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 12 | 95660919DA043BF36F6392C09C80D94D2F1CB43D | Blacked Raw | 10/21/2018 02:06:52 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 13 | 9DAD376DBC4A7D3F191165C957EE98D96C20C32A | Tushy | 10/19/2018 20:53:21 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 14 | A9DAC0038960EADE95843F02B56036175A03CC79 | Blacked | 10/18/2018 02:51:47 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 15 | AB7EC0EE2BEE6E488F3A57CE9D584BE538B6A942 | Vixen | 10/17/2018 23:34:53 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 16 | B3B6F1AD1664BE7B7FBD518F9C2B4B87FD251A1B | Tushy | 10/04/2018 00:54:10 | 10/03/2018 | 11/01/2018 | PA0002143432 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | BCD30484FD6B2F7566F2FC681676CFDC44F5DC0B | Blacked | 03/29/2018 05:09:28 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 18 | C0D1F674E24C21DE90893C4FA000A01A0082788B | Blacked Raw | 01/09/2019 02:09:25 | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 19 | C36F481B941E052290338B3451E38BE11009F5A6 | Tushy | 11/20/2018 10:36:13 | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 20 | C6C4E4D5F87DFB2FDE6CFE2A87519B8E7A79A9A5 | Blacked | 05/05/2018 19:03:18 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 21 | D089BB27F113F62989CF44E391964D843D0EF73B | Tushy | 10/19/2018 07:56:50 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 22 | D63FB06AF6B302DA4424F4FE9C18954ADA910F75 | Tushy | 06/20/2018 18:32:35 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 23 | D9E51CBADB018443501D1837F04D54706B6427B6 | Blacked Raw | 10/30/2018 19:06:27 | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 24 | E662A3EC9B34FBC1E0521E1B32C802F3DC118363 | Vixen | 11/07/2018 11:31:44 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 25 | F46E8CA2C702733D8D93EF78D85C86E8F0658B49 | Vixen | 08/29/2018 01:09:04 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 26 | F59F7535F511821621BBCFE5B0AD94FD3F8B80A6 | Vixen | 11/28/2018 14:14:15 | 11/25/2018 | 01/22/2019 | PA0002149840 |