# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No. 2:19-cv-00200-JES-MRM

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.23.196.255, an individual,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.23.196.255, are voluntarily dismissed without prejudice.

Dated: June 14, 2019

    Respectfully submitted,

    GREENSPOON MARDER, LLP

    /s/ *Rachel E. Walker*_____
    RACHEL E. WALKER (FL Bar No. 111802)
    600 Brickell Avenue, Suite 3600
    Miami, FL 33131
    Telephone: (305) 789-2770
    Facsimile: (305) 537-3909
    Primary Email: Rachel.Walker@gmlaw.com
    Secondary Email: Gloria.Donaire@gmlaw.com

    *Attorneys for Plaintiff*