UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                            Case No: 2:19-cv-200-FtM-29MRM

JOHN DOE, subscriber assigned IP address 73.23.196.255,

    Defendant.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. #11) filed on June 14, 2019. No answer or motion for summary judgment has been filed by defendant therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __14th__ day of June, 2019.

                                            JOHN E. STEELE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record